ELEANOR J. MICHALKO v. COOKE COLOR & CHEMICAL CORP.

October 19, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. OTTO KRUPP.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. GLENN CIENCONOWICZ.

October 19, 1981.

Petition for certification denied.

LOCAL 23, EAST ORANGE FIREMAN'S MUTUAL BENEVOLENT
ASSOCIATION v. CITY OF EAST ORANGE.

October 19, 1981.

Petition for certification denied.